No. 21-10671

# In the United States Court of Appeals for the Fifth Circuit

REYCE JANON COOK, *also known as* REYCE COOK,

*Plaintiff – Appellant*,

*v.*

CHARLES R. HORSELY, *Warden*; JOE MILBURN, *Assistant Warden*; MATTHEW T. SEYMOUR, *Major*; JACOB D. WILLIAMS, *Captain*; WHITE, *Sergeant*; JANE DOE, *Cadet(s)*; JOHN DOE, *Cadet(s)*,

*Defendants – Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
Case No. 2:18-CV-77

**OFFICE OF THE ATTORNEY GENERAL'S UNOPPOSED MOTION TO FILE *AMICUS CURIAE* BRIEF AND FOR EXTENSION OF TIME**

The Office of the Attorney General of Texas ("OAG") files this unopposed motion seeking leave to file a brief as *Amicus Curiae* and a 30-day extension of time in which to file. Counsel for Appellant has been contacted and confirmed that they are unopposed. In further support, the OAG would respectfully offer the following:

Appellant Reyce Janon Cook ("Cook") filed this lawsuit *pro se* while a prisoner incarcerated at the Texas Department of Criminal Justice ("TDCJ") and was granted permission to proceed *in forma pauperis*. ROA.3-4, ROA.1147. Cook


alleged that several TDCJ employees violated his constitutional rights and brought claims against them under 42 U.S.C. § 1983. ROA.1137–46. Pursuant to its authority under the Prison Litigation Reform Act, the trial court ultimately dismissed this lawsuit pursuant to 28 U.S.C. §§ 1915A, 1915(e)(2) and 42 U.S.C. § 1997e(a) *without* service of process. *See* ROA.1147-53.

On July 1, 2021, Cook filed his Notice of Appeal. ROA.1155–59. The clerk of this Honorable Court issued a briefing notice on August 12, 2021. Cook filed his *pro se* brief on September 10, 2021, and a motion to appoint counsel on same date. On May 25, 2022, Circuit Judge E. Grady Jolly issued an order granting Cook's motion to appoint counsel and directed appointed counsel to file a supplemental brief. Cook's newly-appointed counsel filed a motion for extension to file a supplemental brief out of time, which was granted. Cook's counsel filed his supplemental brief on July 25, 2022.

On September 30, 2022, this Honorable Court issued an order directing the OAG to file a brief on behalf of Defendants-Appellees within 30 days of receipt of the order. But as discussed above, none of the defendants were ever served. *See* ROA.1-11 (docket sheet). Indeed, it is unclear whether any defendant is aware of this lawsuit's existence, nor would such actual notice be sufficient to satisfy or obviate service requirements. *See Way v. Mueller Brass Co.*, 840 F.2d 303, 306 (5th Cir.

1988). "Before a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied." *Omni Capital Intern., Ltd. v. Rudolf Wolff & Co., Ltd.*, 484 U.S. 97, 104 (1987). In the absence of service of summons and the complaint, the Court lacks personal jurisdiction over Defendants-Appellees. *Id.*; *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999).

Additionally, at present, none of the Defendants-Appellees have requested representation from the OAG in this matter. The OAG lacks an attorney-client relationship with them. And, in the absence of an attorney-client relationship, the OAG has no authority to file legal documents on Defendants-Appellees' behalf. *Cf. League of United Latin American Citizens v. Clements*, 999 F.2d 831, 843 (5th Cir. 1993) (noting that "the Attorney General's right to represent state officials or state agencies cannot be gainsaid, but he must in fact *represent* them") (internal citations omitted, emphasis in original).

For both reasons, the OAG is unable to file appellate briefing on Defendants-Appellees' behalf. However, to honor the spirit if not the letter of this Honorable Court's order, the OAG respectfully seeks leave to file briefing as amicus curiae rather than on behalf of any party. The amicus briefing would aid this Court's review of the underlying district court order without purporting to speak for any unserved

defendants with whom the OAG lacks an attorney-client relationship and whom the OAG does not purport to represent.

To this end, the OAG respectfully asks this Court for a level-one 30-day extension of time in which to file its amicus brief in this matter, making the briefing deadline November 30, 2022. This extension is not sought due to neglect nor sought to delay or prejudice Cook. Rather, the extension is requested so that undersigned counsel may provide sufficient briefing to assist this Court in its review of the record. Undersigned counsel respectfully requests additional time to review the record and research the law attendant upon the issues presented. This is the OAG's first request for an extension and is sought in good faith.

## **PRAYER**

Accordingly, the OAG respectfully seeks leave to file a brief as amicus curiae on or before November 30, 2022.

| | |
|---|---|
| Date: October 21, 2022 | Respectfully Submitted, |
| KEN PAXTON<br>Attorney General of Texas | /s/ *Benjamin L. Dower*<br>BENJAMIN L. DOWER<br>Special Litigation Counsel |
| BRENT WEBSTER<br>First Assistant Attorney General | Texas Bar No. 24082931<br>Attorney-in-Charge<br>Benjamin.Dower@oag.texas.gov |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Office of the Attorney General<br>Law Enforcement Defense Division<br>P.O. Box 12548, Capitol Station |
| SHAWN COWLES<br>Deputy Attorney General for Civil Litigation | Austin, Texas 78711-2548<br>(512) 463-2080 / Fax (512) 370-9994 |
| SHANNA MOLINARE<br>Chief, Law Enforcement Defense Division | **Attorneys for the Office of the Attorney General of Texas** |

### CERTIFICATE OF CONFERENCE

I, BENJAMIN L. DOWER, certify that on October 21, 2022, I spoke with Elizabeth Butler and Travis Gray, Appellant Cook's court-appointed counsel. Appellant's Counsel indicated they are unopposed to this motion.

/s/ *Benjamin L. Dower*
BENJAMIN L. DOWER
Special Litigation Counsel
Office of the Attorney General of Texas

## CERTIFICATE OF SERVICE

I, BENJAMIN L. DOWER, certify that a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF document filing system on October 21, 2022 to:

Travis L. Gray
Elisabeth C. Butler
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002

/s/ *Benjamin L. Dower*
BENJAMIN L. DOWER
Special Litigation Counsel
Office of the Attorney General of Texas

## CERTIFICATE OF COMPLIANCE

I, BENJAMIN L. DOWER, certify that the word count for this motion is 696 words and that this motion meets the requirements of Federal Rule of Appellate Procedure 27(d).

/s/ *Benjamin L. Dower*
BENJAMIN L. DOWER
Special Litigation Counsel
Office of the Attorney General of Texas